# Court of Appeals of the State of Georgia

ATLANTA,  June 03, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0339.  JASON A. BRYAN v. ASHLEY R. BRYAN.

In this divorce case, Jason A. Bryan ("Husband") seeks a discretionary appeal to review the trial court's order denying his third motion for summary judgment based upon a prenuptial agreement and granting Ashley R. Bryan's ("Wife") motion for interim attorney fees. We lack jurisdiction.

Where, as here, a party seeks review of an order that is not directly appealable and the merits of the case remain pending in the trial court, compliance with interlocutory appeal procedures under OCGA § 5-6-34 (b) is required. See OCGA § 9-11-56 (h) (providing that an order denying summary judgment is subject to review by the interlocutory appeal procedures of OCGA § 5-6-34 (b)); *Carr v. Carr*, 238 Ga. 197, 197 (232 SE2d 69) (1977); *Butler v. Gray*, 177 Ga. App. 498, 498 (339 SE2d 769) (1986). "[A] party appealing an interlocutory order must comply with the requirements of OCGA § 5-6-34 (b), irrespective of whether the appeal is brought pursuant to OCGA § 5-6-35." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996) (punctuation omitted). See also *Scruggs v. Ga. DHR*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). In other words, Husband's filing of a discretionary application does not excuse his noncompliance with the additional procedures of OCGA § 5-6-34(b), including obtaining a certificate of immediate review from the trial court. See *Bailey*, 266 Ga. at 833. Because Husband has failed to follow the applicable procedures, we lack jurisdiction to consider this application for

discretionary review. Id. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* <u> 06/03/2021   </u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>  *Stephen E. Castlen*     </u> *, Clerk.*